1  KAMER ZUCKER ABBOTT
   Gregory J. Kamer    #0270
2  Carol Davis Zucker   #2543
   Timothy W. Roehrs   #9668
3  3000 W. Charleston Boulevard, Suite 3
   Las Vegas, Nevada 89102-1990
4  Tel:   (702) 259-8640
   Fax:   (702) 259-8646
5  Email: gkamer@kzalaw.com
   Email: czucker@kzalaw.com
6  Email: troehrs@kzalaw.com

7
   Attorneys for Defendants
8  Olympus Construction LV, Inc.,
   Fran & Friends, LLC, Hilton Grand
9  Vacations Company, LLC,
   Philip Glen Friedberg, Kim Foster,
10 Frank Cincotto, Kevin Eugene Singer,
   Edwin Cordon, Kip Hartzell, Bustos Reyes
11 and David Carter

12                 **UNITED STATES DISTRICT COURT**

13                      **DISTRICT OF NEVADA**

14
   MARIO BETANCE, ROBERTO GUDINO,      )   Case No. 2:11-cv-02056-KJD-RJJ
15 and ERICK GOMEZ, individually and on  )
   behalf of other persons similarly situated, )
16                                        )
                         Plaintiffs,      )   **STIPULATION AND ORDER FOR**
17                                        )   **DISMISSAL WITH PREJUDICE**
   vs.                                    )
18                                        )
   OLYMPUS CONSTRUCTION, LV, INC.,        )
19 FRAN & FRIENDS, LLC, FRANK             )
   CINCOTTO, KIM FOSTER, KIP HARTZELL, )
20 PHILIP GLEN FRIEDBERG, KEVIN           )
   EUGENE SINGER, BUSTOS REYES, EDWIN )
21 CORDON, HILTON GRAND VACATIONS        )
   COMPANY, LLC, DAVID CARTER and         )
22 DOES 1-10,                             )

23                         Defendants.

24 ─────────────────────────────

25     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and

26 through their attorneys of record, hereby stipulate and request that the above-captioned case be

27

28

1  dismissed in its entirety *with prejudice*.  Each party is to bear its/his/her own attorney's fees and

2  costs, except as otherwise agreed.

3  / / /

4  / / /

5  / / /

6  / / /

7  / / /

8  / / /

9  / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26

27

28

KAMER ZUCKER ABBOTT    *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

WHEREFORE, the parties respectfully request that this action be dismissed in its entirety *with prejudice*, with each party to bear its/his/her own costs and attorney's fees, except as otherwise agreed.

DATED:  April 27, 2012                    DATED:  April 27, 2012

LAW OFFICES OF RACHEL WILSON        KAMER ZUCKER ABBOTT

By:    _/s/ Rachel Wilson_                By: _____
Rachel Wilson, Esq. #11884                Gregory J. Kamer, Esq. #0270
1701 Whitney Mesa Drive., Suite 105       Carol Davis Zucker, Esq. #2543
Henderson, Nevada 89014                   Timothy W. Roehrs, Esq. #9668
Telephone:  (702) 997-2413                3000 West Charleston Boulevard
Facsimile:  (702) 543-3789                Suite 3
                                          Las Vegas, Nevada 89102
Attorney for Plaintiffs                   Telephone:  (702) 259-8640
                                          Facsimile:   (702) 259-8646

                                          Attorneys for Defendants Olympus
                                          Construction LV, Inc.,
                                          Fran & Friends, LLC, Hilton Grand
                                          Vacations Company, LLC,
                                          Philip Glen Friedberg, Kim Foster,
                                          Frank Cincotto, Kevin Eugene Singer,
                                          Edwin Cordon, Kip Hartzell, Bustos
                                          Reyes and David Carter.

## **ORDER**

IT IS SO ORDERED:
_____
United States District Judge

Dated:  4/30/12
_____