1  KAMER ZUCKER ABBOTT
   Gregory J. Kamer     #0270
2  Carol Davis Zucker   #2543
   Timothy W. Roehrs    #9668
3  3000 W. Charleston Boulevard, Suite 3
   Las Vegas, Nevada 89102-1990
4  Tel:    (702) 259-8640
   Fax:    (702) 259-8646
5  Email:  gkamer@kzalaw.com
   Email:  czucker@kzalaw.com
6  Email:  troehrs@kzalaw.com

7
   Attorneys for Defendants
8  Olympus Construction LV, Inc.,
   Fran & Friends, LLC, Hilton Grand
9  Vacations Company, LLC,
   Philip Glen Friedberg, Kim Foster,
10 Frank Cincotto, Kevin Eugene Singer,
   Edwin Cordon, Kip Hartzell, Bustos Reyes
11 and David Carter

12
                    **UNITED STATES DISTRICT COURT**
13
                        **DISTRICT OF NEVADA**
14
15  MARIO BETANCE, ROBERTO GUDINO,      )    Case No. 2:11-cv-02056-KJD-RJJ
    and ERICK GOMEZ, individually and on )
16  behalf of other persons similarly situated, )
                                         )
17                         Plaintiffs,   )    **STIPULATION AND ORDER FOR**
                                         )    **DISMISSAL WITH PREJUDICE**
    vs.                                  )
18                                       )
    OLYMPUS CONSTRUCTION, LV, INC.,      )
19  FRAN & FRIENDS, LLC, FRANK           )
    CINCOTTO, KIM FOSTER, KIP HARTZELL, )
20  PHILIP GLEN FRIEDBERG, KEVIN         )
    EUGENE SINGER, BUSTOS REYES, EDWIN   )
21  CORDON, HILTON GRAND VACATIONS       )
    COMPANY, LLC, DAVID CARTER and       )
22  DOES 1-10,                           )
23                         Defendants.
    ————————————————————————
24
25         Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and

26  through their attorneys of record, hereby stipulate and request that the above-captioned case be

27
28

dismissed in its entirety *with prejudice*.  Each party is to bear its/his/her own attorney's fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this action be dismissed in its entirety *with prejudice*, with each party to bear its/his/her own costs and attorney's fees, except as otherwise agreed.

DATED:  April 27, 2012                    DATED:  April 27, 2012

LAW OFFICES OF RACHEL WILSON       KAMER ZUCKER ABBOTT

By:    ___/s/ Rachel Wilson___           By: _____
Rachel Wilson, Esq. #11884                Gregory J. Kamer, Esq.  #0270
1701 Whitney Mesa Drive., Suite 105       Carol Davis Zucker, Esq.  #2543
Henderson, Nevada 89014                   Timothy W. Roehrs, Esq.  #9668
Telephone:  (702) 997-2413                3000 West Charleston Boulevard
Facsimile:  (702) 543-3789                Suite 3
                                          Las Vegas, Nevada 89102
Attorney for Plaintiffs                   Telephone:  (702) 259-8640
                                          Facsimile:   (702) 259-8646

                                          Attorneys for Defendants Olympus
                                          Construction LV, Inc.,
                                          Fran & Friends, LLC, Hilton Grand
                                          Vacations Company, LLC,
                                          Philip Glen Friedberg, Kim Foster,
                                          Frank Cincotto, Kevin Eugene Singer,
                                          Edwin Cordon, Kip Hartzell, Bustos
                                          Reyes and David Carter.

## ORDER

IT IS SO ORDERED:
_____
United States District Judge

Dated:  4/30/12

KAMER ZUCKER ABBOTT    *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

Page 3 of 3